UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILMER A. LOVOS-MENDEZ,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER CARPENTER, et al.,<br><br>Defendants. | No.  1:26-cv-02143-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 7) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on February 20, 2026, in the United States District Court for the Central District of California.  On March 16, 2026, the action was transferred to this Court.

On March 20, 2026, the Court ordered Plaintiff to either pay the $405.00 filing fee or submit a complete application to proceed in forma pauperis within forty-five days.  (ECF No. 7.)  Plaintiff has not filed an application to proceed in forma pauperis or paid the $405.00 filing fee and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to comply with a court order.  Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **May 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1