UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DILMER A. LOVOS-MENDEZ,

Plaintiff,

v.

OFFICER CARPENTER, et al.,

Defendants.

No. 1:26-cv-02143-KES-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE

Doc. 10

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On March 20, 2026, the Court ordered Plaintiff to pay the $405.00 filing fee or submit a complete application to proceed in forma pauperis. Doc. 7. Plaintiff did not submit an application or pay the filing fee. Therefore, on May 15, 2026, the magistrate judge ordered Plaintiff to show cause why the action should not be dismissed for failure to prosecute and failure to comply with the Court's order. Doc. 8. Plaintiff failed to respond to the order to show cause.

On June 9, 2026, the magistrate judge issued findings and recommendations recommending dismissal of the action for failure to obey court orders and failure to prosecute this action. Doc. 10. The Court served the findings and recommendations on Plaintiff with a notice that any objections were to be filed within 14 days. *Id.* at 4. Plaintiff did not file objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

1. The findings and recommendations issued on June 9, 2026 (Doc. 10) are ADOPTED in full.
2. This action is DISMISSED without prejudice.
3. The Clerk of Court is directed to terminate pending matters and close this case.

IT IS SO ORDERED.

Dated: July 27, 2026

UNITED STATES DISTRICT JUDGE